Jeremy M. Delicino – 9959
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 364-6474
Fax: (801) 364-5014
Email: jeremy@jeremydelicino.com

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOSEPH ALVIN GOMEZ,<br><br>      Defendant. | **ORDER TO EXTEND PLEA DEADLINE**<br><br>Case No.: 2:19-cr-00093-TC-1<br>Judge: Tena Campbell |

BASED UPON the Defendant's Stipulated Motion to Extend the Plea Deadline in the above-entitled case, and for good cause appearing, the Court enters the following ORDER:

The defendant shall have until July 30, 2021, to notify the Court whether he will be entering a plea or proceeding to trial.

Dated this 19th day of July, 2021.

BY THE COURT:

_____
JUDGE TENA CAMPBELL
United States District Court Judge