RECEIVED CLERK
MAR 14 2022
U.S. DISTRICT COURT

United States District Court

United States of America v. JOE Alvin Gomez

    To the clerk of courts I would like to have my Plea Agreement, Docket Sheet, and Sentencing Transcripts sent to me because I am currently working towards appealing my case and those are the documents that I am going to need to move foreward in doing so.

Date: 3/10/2022

_____
Defendants's signature
JOE Alvin Gomez 26550-081
PRINTED NAME and Federal Number

Sentencing 2/17/22
ED YOUNG

JOE GOMEZ # 26550-081
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1500
EL RENO, OK 73036

OKLAHOMA CITY OK 730
11 MAR 2022 PM 4 L

84101-194875

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
OFFICE OF THE CLERK
351 SOUTH WEST TEMPLE
SALT LAKE CITY UTAH
84101